**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

RICO J. BROWN, SR.,

                          **Petitioner,**

          **v.**                                        **CASE NO. 23-3072-JWL**

HAZEL M. PETERSON,

                          **Respondent.**

## MEMORANDUM AND ORDER

This federal habeas matter comes before the Court on Respondent's motion for extension of time to file her answer. (Doc. 12.) The motion will be granted. Respondent will be granted to and including November 20, 2023 in which to file her answer. Petitioner will then be granted to and including December 20, 2023 in which to file his traverse.


**IT IS THEREFORE ORDERED** that the motion for extension of time to file answer (Doc. 12) is **granted.** Respondent is granted to and including November 20, 2023 in which to file her answer. Petitioner is granted to and including December 20, 2023, in which to file his traverse.


**IT IS SO ORDERED.**

DATED:   This 20th day of October, 2023, at Kansas City, Kansas.

                          S/ John W. Lungstrum
                          JOHN W. LUNGSTRUM
                          United States District Judge