IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

RICO J. BROWN, SR.,

                                   Petitioner,

      v.                                                                   CASE NO. 23-3072-JWL

HAZEL M. PETERSON,

                                   Respondent.

## MEMORANDUM AND ORDER

This federal habeas matter comes before the Court on Respondent's second motion for extension of time to file her answer. (Doc. 14.) The motion will be granted. Respondent will be granted to and including December 20, 2023 in which to file her answer. Petitioner will then be granted to and including January 22, 2024 in which to file his traverse.

**IT IS THEREFORE ORDERED** that the motion for extension of time to file answer (Doc. 14) is **granted.** Respondent is granted to and including December 20, 2023 in which to file her answer. Petitioner is granted to and including January 22, 2024, in which to file his traverse.

**IT IS SO ORDERED.**

DATED:   This 15th day of November, 2023, at Kansas City, Kansas.

                                                  S/ John W. Lungstrum
                                                  JOHN W. LUNGSTRUM
                                                  United States District Judge