**In the United States District Court
for the District of Kansas**

───────────

Case No. 23-cv-03072-TC

───────────

RICO J. BROWN, SR.,

*Plaintiff*

v.

HAZEL M. PETERSON,

*Defendant*

───────────

## ORDER

Rico Brown filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging his state-court conviction. Doc. 1. That petition was denied because Brown's claims either faced an anticipatory procedural bar or failed on the merits. Doc. 21. Under Rule 11 of the Rules Governing Section 2254 Cases, district courts must issue or deny a certificate of appealability when they enter a final order adverse to the applicant.

A certificate of appealability is denied. Regarding Brown's claims that failed on procedural grounds, a certificate of appealability should issue if Brown shows "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right, and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 478 (2000). The failure to satisfy either prong requires denial. *Id.* at 485. Brown has not shown that jurists of reason would find it debatable whether his claims faced an anticipatory procedural bar. *See generally* Doc. 21. And regarding Brown's claims that failed on the merits, a certificate of appealability should issue if Brown "has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Brown has made no such showing. *See generally* Doc. 21. Accordingly, a certificate of appealability is denied.

2

It is so ordered.

Date: December 12, 2025        s/ Toby Crouse
              Toby Crouse
              United States District Judge